## SHADE FLETCHER v. STATE.

No. A-5455.   Opinion Filed May 22, 1926.
(246 Pac. 1119.)

Wright & Gill, for plaintiff in error.

Geo. F. Short, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was charged in the municipal court of Oklahoma City under the city ordinance with the offense of carrying a concealed weapon, was convicted, and appealed to the county court, and was there convicted, and sentenced to a fine of $5.   The cause was tried in the county court in February, 1925, and an appeal lodged in this court February 26, 1925.   No brief has been filed in support of the appeal.   An examination of the record discloses no prejudicial error.   The case is affirmed.